# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00224-CR

**Terrence Roberts, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE COUNTY COURT AT LAW NO. 1 OF COMAL COUNTY
## NO. 2014CR1155, THE HONORABLE RANDAL C. GRAY, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due on July 23, 2018. After this Court granted multiple motions for extensions of time, the Court abated and remanded the case for a hearing to determine whether appellant desires to prosecute this appeal, and if so, whether counsel had abandoned the appeal. *See* Tex. R. App. P. 38.8(b)(2), (3). After a hearing, the trial court appointed substitute counsel to represent appellant in this appeal.

After reinstatement of the case, appellant's brief was due on April 8, 2019. Appellant's counsel has filed a motion requesting that the Court extend the time for filing appellant's brief. We grant the motion for extension of time and order appellant to file a brief no later than May 8, 2019. No further extension of time will be granted and failure to comply with

this order will result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

It is ordered on April 24, 2019.

Before Justices Goodwin, Baker, and Triana

Do Not Publish